IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Iannantone Jr, Richard A | Case Number: 04 B 45006 |
|---|---|---|
| | Iannantone, Jennifer L | Judge: Goldgar, A. Benjamin |
| | Printed: 3/25/08 | Filed: 12/7/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion:  March 24, 2008
Confirmed: February 3, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 46,105.00 | |
| Secured: | | 28,714.07 |
| Unsecured: | | 13,315.68 |
| Priority: | | 0.00 |
| Administrative: | | 1,700.00 |
| Trustee Fee: | | 2,375.25 |
| Other Funds: | | 0.00 |
| Totals: | 46,105.00 | 46,105.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 1,700.00 | 1,700.00 |
| 2. | Harris Bank | Secured | 0.00 | 0.00 |
| 3. | Harris Bank | Secured | 0.00 | 0.00 |
| 4. | ECast Settlement Corp | Secured | 526.41 | 526.41 |
| 5. | Chase Automotive Finance | Secured | 28,187.66 | 28,187.66 |
| 6. | Discover Financial Services | Unsecured | 1,144.73 | 647.16 |
| 7. | Specialized Management Consultants | Unsecured | 200.64 | 113.43 |
| 8. | ECast Settlement Corp | Unsecured | 936.20 | 529.26 |
| 9. | Discover Financial Services | Unsecured | 2,958.44 | 1,672.50 |
| 10. | Resurgent Capital Services | Unsecured | 4,798.28 | 2,712.63 |
| 11. | Resurgent Capital Services | Unsecured | 2,728.15 | 1,542.30 |
| 12. | Resurgent Capital Services | Unsecured | 6,430.07 | 3,635.22 |
| 13. | ECast Settlement Corp | Unsecured | 295.20 | 166.89 |
| 14. | Kohl's/Kohl's Dept Stores | Unsecured | 320.24 | 181.04 |
| 15. | Resurgent Capital Services | Unsecured | 2,296.07 | 1,298.04 |
| 16. | Citibank USA | Unsecured | 552.33 | 312.25 |
| 17. | Resurgent Capital Services | Unsecured | 567.28 | 320.70 |
| 18. | ECast Settlement Corp | Unsecured | 325.91 | 184.26 |
| 19. | Mid America Bank | Secured | | No Claim Filed |
| 20. | Capital One | Unsecured | | No Claim Filed |
| 21. | AT&T Universal Card | Unsecured | | No Claim Filed |
| 22. | Wal Mart Stores | Unsecured | | No Claim Filed |
| 23. | AT&T Universal Card | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 53,967.61 | $ 43,729.75 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Iannantone Jr, Richard A | Case Number: 04 B 45006 |
|---|---|---|
| | Iannantone, Jennifer L | Judge: Goldgar, A. Benjamin |
| | Printed: 3/25/08 | Filed: 12/7/04 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 300.95 |
| 4% | 168.80 |
| 3% | 84.30 |
| 5.5% | 590.14 |
| 5% | 210.76 |
| 4.8% | 261.36 |
| 5.4% | 758.94 |
| | _____ |
| | $ 2,375.25 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

